IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND
(NORTHERN)

LEBA CHAJET　　　　　　　　　　*

　　Plaintiff　　　　　　　　　　　*

v.　　　　　　　　　　　　　　　*　　Civil Action No.

DOUGLAS HEINRICHS, M.D., et al.　*
　　Defendants　　　　　　　　　*

\*　\*　\*　\*　\*　\*　\*

### DEFENDANTS' DOUGLAS HEINRICHS, M.D.'S, JULIAN JAKOBOVITS, M.D.'S AND JULIAN JAKOBOVITS, M.D., L.L.C.'S NOTICE OF REMOVAL

Defendants Douglas Heinrichs, M.D., Julian Jakobovits, M.D and Julian Jakobovits, M.D, L.L.C., herein after the "Defendants", pursuant to 28 U.S.C.A. § 1446 and 28 U.S.C.A. § 1332 file this Notice of Removal and state that the grounds for removal are as follows:

1. This is a medical malpractice action properly filed by Plaintiff Leba Chajet against the Defendants initially in the Health Claims Alternative Dispute Resolution Office on November 3, 2009. The Plaintiff waived Arbitration, transferred the case to Baltimore City Circuit Court, and then filed this case in Baltimore City Circuit Court on November 30, 2009. (See Exhibit 1, Statement of Claim, Waiver of Arbitration, Order of Transfer and Complaint)

2. At the time the Plaintiff filed her initial pleading in Baltimore City Circuit Court, the Plaintiff listed her address as 6505 Western Run Drive, Baltimore, Maryland, 21215. Defendant Dr. Heinrichs' address was correctly identified as 5034 Dorsey Hall Drive, Suite 103, Ellicott City, Maryland, 21042. Defendant Dr. Jakobovits'and Defendant Julian Jakobovits, M.D., L.L.C. address was correctly identified as 2835 Smith Avenue, Baltimore, Maryland, 21209.

3. Therefore, there was no indication based on the initial pleadings that there was diversity of citizenship between the parties.

4. The Defendants were properly served and filed Answers in Baltimore City Circuit Court. (See Exhibit 2., Dr. Heinrichs' Answer and Exhibit 3., Dr. Jakobovits' Answer). Thereafter, Scheduling Orders were put in place with a trial set to begin on March 29, 2011. (See Exhibit 4, Scheduling Orders)

5. On July 26, 2010, the Defendants received Plaintiff Leba Chajet's executed Answers to Interrogatories and her deposition was accomplished.

6. On July 26, 2010, it first was ascertained by the Defendants that the case had become removable on the basis of diversity of citizenship pursuant to 28 U.S.C.A. § 1332.

7. Specifically, Leba Chajet testified to and her signed Answers to Interrogatories reflect that she currently resides in New York State at 5211 Fort Hamilton Drive, Brooklyn, New York, 11219. (See Exhibit 5, Plaintiff's Answers to Dr. Heinrichs' Interrogatories)

8. Further, although the Defendants were unaware of this information at the time, Ms. Chajet was residing in New York State at the time she filed her case in Baltimore City Circuit Court in November, 2009. (See Exhibit 6, Deposition testimony of Leba Chajet, page 27, line 2 to page 28, line 22).

9. Further, at her deposition, Ms. Chajet testified that she has no plans to move back to Maryland. (See Exhibit 6., lines 19-22)

10. Defendant Dr. Heinrichs resides in Maryland and conducts his business in Maryland. Dr. Heinrichs plans to remain permanently in Maryland.

11. Defendant Dr. Jakobovits resides in Maryland and conducts his business in Maryland. Dr. Jakobovits plans to remain permanently in Maryland.

12. Plaintiff Leba Chajet resides in New York State and has testified that she has no plans to return to Maryland. The Defendants both reside in Maryland and intend to remain permanently in Maryland.

13. Therefore, there is diversity of citizenship between Ms. Chajet and the Defendants.

14. Further, as discussed above, the Defendants first became aware that this case was removable on July 26, 2010.

15. Under 28 U.S.C.A. § 1446 (b) "If the case stated by the initial pleading is not removable, a notice of removal may be filed within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order, or other paper from which it may first be ascertained that the case is one which is or has become removable..."

16. This case exceeds the jurisdictional amount for civil actions under 28 U.S.C.A. §1332.

17. Copies of all process, pleadings, documents and orders served upon Defendants are attached to this Notice as Exhibit 7, as required by Local Rule 103.

18. Therefore, the Defendants state that based on diversity of citizenship, the proper jurisdiction for this case is the Federal District Court for the District of Baltimore.

19. The parties had previously requested a jury trial. The Defendants request a jury trial in this matter.

Respectfully submitted,

*Kathleen M Bartley*
Andrew E. Vernick, Esquire
Kathleen M. Bartley, Esquire # 29009
Wharton, Levin, Ehrmantraut & Klein, P.A.
P.O. Box 551
104 West Street
Annapolis, MD 21404-0551
(410) 263-5900
*Counsel for Defendant*
*Douglas Heinrichs, M.D.*

*Deborah C. Parraz w/permission*   /KMB/
Deborah C. Parraz, Esquire # 28590
Amy Heinrich, Esquire # 03815
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD 21202
*Counsel for Co-Defendants Julian Jakobovits,*
*M.D., and Julian Jakobovits, M.D., P.A.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of August, 2010, a copy of the foregoing was mailed, postage prepaid, to:

Paul Bekman, Esquire
Wendy Shiff, Esquire
Salsbury, Clements, Bekman, Marder & Adkins, LLC
300 West Pratt Street
Suite 450
Baltimore, MD 21201
*Counsel for Plaintiff Leba Chajet*

Deborah C. Parraz, Esquire
Amy Heinrich, Esquire
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD 21202
*Counsel for Co-Defendants Julian Jakobovits, M.D., and Julian Jakobovits, M.D., P.A.*

_____
Kathleen M. Bartley